| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Miller, Ruth | 2. Court or Organization<br><br>District Court, U.S. Virgin Islands | 3. Date of Report<br><br>08/11/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full time magistrate judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>Ron de Lugo Federal Building<br>5500 Veterans Drive, 3rd Floor<br>St. Thomas, USVI 00802-0802 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Executor | Estate #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 08/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-employed boat captain |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Chicago Match Race Center | June 13-15, 2014 | Chicago, Illinois | Match race umpire | Transportation, lodging, some meals |
| 2. | New York Yacht Club Regatta Association, Inc. | June 22-29, 2014 | Newport, Rhode Island | Etchells World Championship jury | Transportation, some meals |
| 3. | American Bar Association | October 24-25, 2014 | Chicago, Illinois | Client Protection Standing Committee meeting | Transportation |
| 4. | Melges Boat Works, Inc | November 30- December 8, 2014 | Miami, Florida | Melges 32 World Championship jury | Transportation, lodging, some meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Miller, Ruth** | 08/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Third Bank | Mortgage on property in Chicago, IL | M |
| 2. | Scotiabank | Mortgage on property in St. Thomas, U.S. Virgin Islands | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Property, Chicago, IL | D | Rent | N | W | | | | | |
| 2. Property, St. Thomas, VI (X) | A | Rent | N | W | | | | | |
| 3. Genworth Financial flex premium adjustable life policy | | None | J | T | | | | | |
| 4. Banco Popular de Puerto Rico account | | None | K | T | | | | | |
| 5. Northern Trust account | | None | J | T | | | | | |
| 6. Fidelity Account (H) | | | | | | | | | |
| 7. -Fidelity Balanced | A | Dividend | J | T | Buy | 03/13/14 | J | | |
| 8. -Core account (X) | A | Interest | J | T | | | | | |
| 9. Winslow Evans & Crokcer SEP Account (H) | | | | | | | | | |
| 10. - Pershing Government Account | | None | J | T | | | | | |
| 11. - American High Income Trust Class A | B | Dividend | K | T | | | | | |
| 12. - Capital World Growth & Income Fund Class A | B | Dividend | K | T | | | | | |
| 13. - The Growth Fund of America Class A | C | Dividend | K | T | | | | | |
| 14. - The New Economy Fund Class A | A | Dividend | J | T | | | | | |
| 15. - New Perspective Fund Class A | B | Dividend | K | T | | | | | |
| 16. -Nuveen Sanata Barbara Dividend Growth Fund Class A | A | Dividend | J | T | | | | | |
| 17. -Thornburg Value Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Winslow Evans & Crocker Brokerage Account (H) | | | | | | | | | |
| 19. -Federated Capital Reserves | A | Interest | J | T | | | | | |
| 20. -American High Income Trust Class A | A | Dividend | J | T | | | | | |
| 21. -Capital Income Builder Fund Class A | B | Dividend | K | T | | | | | |
| 22. -Capital World Growth & Income Fund Class A | A | Dividend | J | T | | | | | |
| 23. -The Growth Fund of America Class A | B | Dividend | J | T | | | | | |
| 24. -Virtus Global Prem Aplhasector(SM) Fund Class A | B | Dividend | K | T | | | | | |
| 25. -Virtus Foreign Opportunities Fund ClassA | A | Dividend | K | T | | | | | |
| 26. -Charles Schwab brokerage account (H) | | | | | | | | | |
| 27. -T common (X) | A | Dividend | K | T | | | | | |
| 28. -AAPL common (X) | A | Dividend | J | T | | | | | |
| 29. -ADM common (X) | A | Dividend | L | T | | | | | |
| 30. -BYD common (X) | | None | J | T | | | | | |
| 31. -BMY common (X) | A | Dividend | K | T | | | | | |
| 32. -DUK common (X) | A | Dividend | K | T | | | | | |
| 33. -XOM common (X) | B | Dividend | L | T | | | | | |
| 34. -FTR common (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -GE common (X) | A | Dividend | L | T | | | | | |
| 36. -MON common (X) | A | Dividend | J | T | | | | | |
| 37. -NWL common (X) | A | Dividend | K | T | | | | | |
| 38. -PFE common (X) | A | Dividend | K | T | | | | | |
| 39. -VZ common (x) | A | Dividend | K | T | | | | | |
| 40. -Fairpoint Coomun Inc XXX (X) | | None | J | T | | | | | |
| 41. -Schwab cash reserves (X) | A | Interest | J | T | | | | | |
| 42. Charles Schwab Inherited IRA account (H) | | | | | | | | | |
| 43. -MCD common (X) | B | Dividend | L | T | | | | | |
| 44. -MSI common (X) | A | Dividend | J | T | | | | | |
| 45. -NWL common (X) | A | Dividend | J | T | | | | | |
| 46. -PEP common (X) | A | Dividend | K | T | | | | | |
| 47. -PG common (X) | A | Dividend | K | T | | | | | |
| 48. -RTN common (X) | A | Dividend | J | T | | | | | |
| 49. -VZ common (X) | A | Dividend | J | T | | | | | |
| 50. -WMT common (X) | A | Dividend | L | T | | | | | |
| 51. -WAG common | A | Dividend | | | Merged (with line 52) | 12/31/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -WBA common (X) | | None | L | T | | | | | |
| 53. -YUM common (X) | A | Dividend | J | T | | | | | |
| 54. -Schwab cash reserves (x) | A | Interest | J | T | | | | | |
| 55. Trust #1 (H) | | | | | | | | | |
| 56. -Charles Schwab brokerage account (H) | | | | | | | | | |
| 57. --T common (Y) | C | Dividend | | | | | | | |
| 58. --AAPL common (Y) | A | Dividend | | | Buy | 06/09/14 | J | | |
| 59. | | | | | Buy (add'l) | 06/11/14 | J | | |
| 60. --ADM common (Y) | A | Dividend | | | | | | | |
| 61. --BYD common (Y) | | None | | | | | | | |
| 62. --BMY common (Y) | B | Dividend | | | | | | | |
| 63. --DUK common (Y) | B | Dividend | | | | | | | |
| 64. --XOM common (Y) | B | Dividend | | | | | | | |
| 65. --FTR common (Y) | A | Dividend | | | | | | | |
| 66. --GE common (Y) | C | Dividend | | | | | | | |
| 67. --MON common (Y) | A | Dividend | | | | | | | |
| 68. --NWL common (Y) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --PFE common (Y) | B | Dividend | | | | | | | |
| 70. --VZ common (Y) | B | Dividend | | | | | | | |
| 71. --Fairpoint Commun Inc.XXX (Y) | | None | | | | | | | |
| 72. --Schwab cash reserves (Y) | A | Interest | | | | | | | |
| 73. Trust #2 (H) | | | | | | | | | |
| 74. - John Alden whole life policy | | None | | | Redeemed | 04/03/14 | L | | |
| 75. -Scotiabank account | A | Interest | | | Open | 04/03/14 | L | | |
| 76. | | | | | Distributed (part) | 05/16/14 | K | | |
| 77. | | | | | Closed | 10/30/14 | L | | |
| 78. Estate (H) | | | | | | | | | |
| 79. -Scotiabank account | A | Interest | J | T | Open | 04/03/14 | J | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 08/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets in Trust #1 reported in lines 56-72 were distributed to the beneficiaries prior to the end of the reporting period and the trust and account were terminated.

The assets in Trust #2, line 74-75, were distributed prior to the end of the reporting period and the trust was terminated

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ruth Miller**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544